IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: CR508-16 |
| ANDREW C. HOLT<br>AMANDA J. COSGROVE<br>MATTHEW L. BLACK | |

## ORDER

Defendant Matthew L. Black has filed a Motion to Exclude Amanda J. Cosgrove's Statements. The admissibility of such evidence will be determined by the Court at trial.

**SO ORDERED**, this 12th day of November, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)